FILED
John E. Triplett, Acting Clerk
United States District Court
By CAsbell at 12:14 pm, Dec 03, 2020

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| CALVIN JAMES, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:20-cv-100 |
| | * | |
| v. | * | |
| | * | |
| FEDERAL BUREAU OF PRISONS SOUTHEAST REGIONAL OFFICE; and JESUP FEDERAL CORRECTIONAL INSTITUTION, | * * * * | |
| | * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 10. Plaintiff filed Objections to the Report and Recommendation. Dkt. No. 11.

The Magistrate Judge recommended the Court dismiss Plaintiff's Complaint, without prejudice, based on Plaintiff's failure to comply with two Orders of the Court. Dkt. No. 10. The Magistrate Judge had twice ordered Plaintiff to use this Court's preferred forms to move to proceed *in forma pauperis* and advised Plaintiff of the consequences of failing to follow this Court's Orders, dkt. nos. 7, 9. On both occasions, the Clerk of Court provided Plaintiff with blank copies of the required

forms. Despite these directives and warnings, Plaintiff submitted handwritten forms and did not respond to the Court's Order. Dkt. No. 10, p. 2. Thus, the Magistrate Judge recommended dismissal of Plaintiff's Complaint. Dkt. No. 10.

Plaintiff's assertions in his Objections are without merit and are largely unresponsive to the Report and Recommendation. Dkt. No. 11. In addition, Plaintiff still fails to correct his failure to submit this Court's preferred forms, despite multiple Orders and opportunities to do so.

Accordingly, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this ___3___ day of ___December___, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)